# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BRIAN SHORT,**

    **Plaintiff,**

**v.**                                    Case No.  8:06-cv-1712-T-30TGW

**UNITED STATES ARMY, et al.,**

    **Defendants.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon Plaintiff's Motion to Disqualify Judge Moody and Ex Parte Motion for Three Judge Panel Firstly, Chief Judge Secondly, or Judge Thirdly to Hear Case and be Decided by the Three Judge Panel Firstly, Chief Judge Secondly or Unbiased Judge Thirdly (Dkt. #14).  The Court, having considered Plaintiff's motion, memorandum, and being otherwise advised in the premises, finds that Plaintiff's motion should be denied.  Disagreement with a judge's legal ruling is not a sufficient ground upon which to seek the disqualification of a judge.  See 28 U.S.C. §455.

    It is therefore ORDERED AND ADJUDGED that Plaintiff's Motion to Disqualify Judge Moody and Ex Parte Motion for Three Judge Panel Firstly, Chief Judge Secondly, or Judge Thirdly to Hear Case and be Decided by the Three Judge Panel Firstly, Chief Judge Secondly or Unbiased Judge Thirdly (Dkt. #14) is DENIED.

    **DONE** and **ORDERED** in Tampa, Florida on October 6, 2006.

                                        _____
                                        JAMES S. MOODY, JR.
                                        UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

                                        S:\Even\2006\06-cv-1712.mt disq 14.wpd