**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**BRIAN SHORT,**

    **Plaintiff,**

v.                                                    **Case No.  8:06-cv-1712-T-30TGW**

**UNITED STATES ARMY, UNITED
STATES, AOL, HONEY BAKED HAM,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #22).  The Court has reviewed Plaintiff's Motion to Quash Report and Recommendation and Issue Summons and Serve Complaint with Incorporated Brief in Support (Dkt. #28).

After careful consideration of the Report and Recommendation of the Magistrate Judge, Plaintiff's objections thereto, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.  Plaintiff's objections are denied.

It is therefore ORDERED AND ADJUDGED that:

1. The Report and Recommendation (Dkt. #22) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Leave to Proceed in forma pauperis (Dkt. #2) is DENIED.

3. Plaintiff's Complaint (Dkt. #1) is dismissed.

4. The Clerk is directed to CLOSE this case and terminate any pending motions.

**DONE** and **ORDERED** in Tampa, Florida on November 3, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2006\06-cv-1712.adopt R&R 22.wpd